RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/19/11
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10-CR-00259 |
|---|---|---|
| VERSUS | : | JUDGE DRELL |
| MARK STEVEN STEWART | : | MAGISTRATE JUDGE KIRK |

### FINAL ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture on May 6, 2011, ordering defendant MARK STEVEN STEWART to forfeit the following assets:

  a) Ruger, M77 Mark II, 7 mm caliber rifle, bearing serial number 788-62296;

  b) Harrington and Richardson, Topper model 490, .410 gauge shotgun, bearing serial number AG244368; and

  c) ammunition.

The United States published notification of the Preliminary Order of Forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 10, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924(d)(1).

No third party claims were filed against the property.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Preliminary Order of Forfeiture entered in the above captioned action on May 6, 2011, is final, this Court having found that the defendant, MARK STEVEN STEWART, convicted in the case had an interest in the forfeitable property under Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d)(1), and all right, title and interest in the following:

a) Ruger, M77 Mark II, 7 mm caliber rifle, bearing serial number 788-62296;

b) Harrington and Richardson, Topper model 490, .410 gauge shotgun, bearing serial number AG244368; and

c) ammunition

is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

The United States has clear title to all the property as set forth in Preliminary Order of Forfeiture dated May 6, 2011. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal's Service, 300 Fannin Street, Suite 1202, Shreveport, Louisiana 71101.

Alexandria, Louisiana, this _18th_ day of _July_, 2011.

DEE D. DRELL
United States District Judge

COPY SENT:
DATE: 7/19/11
BY: [illegible]
TO: USM-Sport-ceo.